UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SAPPHIRE CONSULTING SERVICES LLC,**

      **Plaintiff,**

v.                                                           Case No.  6:20-cv-1724-CEM-LHP

**MARK ANDERSON, TRADE GUARDIAN INC., BAD CREDIT GO, LLC, and CONSUMER CONSULTING GROUP, LLC,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation (Doc. 62), issued by the Magistrate Judge, which recommends that this case be dismissed.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 62) is **ADOPTED** and made a part of this Order.

2. This case is **DISMISSED without prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 20, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party